BRIAN D. SHAPIRO, ESQ.
Nevada Bar No. 5772
**LAW OFFICE OF BRIAN D. SHAPIRO, LLC**
510 S. 8th Street
Las Vegas, NV 89101
Telephone: (702) 386-8600
Facsimile: (702) 383-0914
Email: brian@brianshapirolaw.com

*Attorney for Leisa Whittum*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LEISA WHITTUM<br><br>Plaintiff<br><br>vs.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION, GC SERVICES, LP, a Delaware Limited Partnership and DOES 1-20 inclusive.<br><br>Defendants. | Case No. 18-cv-01495<br><br>LR 7.1-1. CERTIFICATE OF INTERESTED PARTIES |

LEISA WHITTUM, by and through her attorney, Brian D. Shapiro, Esq. of the Law Office of Brian D. Shapiro, LLC, pursuant to LR 7.1-1, hereby submits its certificate of interested parties.

-1-

The undersigned, pro se party or attorney of record for Leisa Whittum, certifies that the following may have a direct, pecuniary interest in the outcome of this case:

1. Leisa Whittum
2. Educational Credit Management Corporation
3. GC Services, L.P.
4. United States - Department of Education

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

DATED <u>August 8, 2018</u>

               <u>/s/ Brian D. Shapiro, Esq.</u>

               BRIAN D. SHAPIRO, ESQ.
               Nevada Bar No. 5772
               **LAW OFFICE OF BRIAN D. SHAPIRO, LLC**
               510 S. 8th Street
               Las Vegas, NV 89101
               Telephone: (702) 386-8600
               Facsimile: (702) 383-0914
               Email: brian@brianshapirolaw.com

*Attorney for Leisa Whittum*