Kurt R. Bonds
Nevada Bar No. 006228
kbonds@alversontaylor.com
Trevor R. Waite
Nevada Bar No. 13779
twaite@alversontaylor.com
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, NV 89149
(702) 384-7000 Telephone
(702) 385-7000 Facsimile

Attorneys for Defendant
EDUCATIONAL CREDIT MANAGEMENT CORPORATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEISA WHITTUM,<br><br>   Plaintiff,<br><br>vs.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION, a Minnesota non-profit corporation; GC SERVICES, LP, a Delaware limited partnership; and DOES 1-20, inclusive,<br><br>   Defendants. | CASE NO. 2:18-cv-01495-JAD-CWH<br><br>**STIPULATION AND JOINT REQUEST TO EXTEND TIME FOR DEFENDANT EDUCATIONAL CREDIT MANAGEMENT CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)**<br><br>Complaint served: 9/13/18<br>Current response date: 10/4/18<br>Proposed new response date: 10/18/18 |

Plaintiff LEISA WHITTUM ("Plaintiff") and Defendant EDUCATIONAL CREDIT MANAGEMENT CORPORATION ("Defendant ECMC"), through their respective counsel, hereby stipulate and jointly request that Defendant ECMC shall have an extension of time, up to and including October 18, 2018, within which to respond to Plaintiff's Complaint on file herein. This is the first stipulation for an extension of time for Defendant ECMC to respond to Plaintiff's Complaint.

Defendant ECMC has only recently retained counsel and needs more time to investigate Plaintiff's claims. This joint request is also based on the fact that the requested extension is relatively short, and the parties believe that no currently scheduled Court hearing or other event will be impacted by the extension. The parties further agree that the requested extension is made in good faith, and will not cause any prejudice to them.

Respectfully submitted,

DATED: October 3, 2018     ALVERSON TAYLOR & SANDERS

By:     s/Trevor R. Waite
Kurt R. Bonds
Trevor R. Waite
Attorneys for Defendant
EDUCATIONAL CREDIT
MANAGEMENT CORPORATION

DATED: October 3, 2018     LAW OFFICE OF BRIAN D. SHAPIRO, LLC

By:     s/Brian D. Shapiro
Brian D. Shapiro
Attorneys for Plaintiff
LEISA WHITTUM

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:     October 4, 2018