ALVERSON TAYLOR & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar #6228
TREVOR R. WAITE, ESQ.
Nevada Bar #13779
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
FAX (702) 385-7000
efile@alversontaylor.com
*Attorneys for Defendant,*
*EDUCATIONAL CREDIT MANAGEMENT CORPORATION*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEISA WHITTUM;<br><br>    Plaintiff,<br><br>v.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION, a Minnesota non-profit corporation; GC SERVICES, LP, a Delaware limited partnership; and DOES 1-20, inclusive,<br><br>    Defendants. | CASE NO. 2:18-cv-01495-JAD-CWH<br><br>**STIPULATION AND JOINT REQUEST TO EXTEND TIME FOR DEFENDANT EDUCATIONAL CREDIT MANAGEMENT CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Second Request)<br><br>Complaint served: 9/13/18<br>Current response date: 10/18/18<br>Proposed new response date: 10/29/18 |

    Plaintiff LEISA WHITTUM ("Plaintiff") and Defendant EDUCATIONAL CREDIT MANAGEMENT CORPORATION ("Defendant ECMC"), through their respective counsel, hereby stipulate and jointly request that Defendant ECMC shall have an extension of time, up to and including October 29, 2018, within which to respond to Plaintiff's Complaint on file herein. This is the second stipulation for an extension of time for Defendant ECMC to respond to Plaintiff's Complaint. The first stipulation requested a two-week extension, to October 18, 2018, which was granted by the Court. Due to press of business, unavailability of counsel, and the relatively complex

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY, SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

factual history of this matter, Defendant ECMC hereby seeks an additional brief extension, to October 29, 2018, as Defendant ECMC needs more time to investigate Plaintiff's claims. This joint request is also based on the fact that the requested extension is relatively short, and the parties believe that no currently scheduled Court hearing or other event will be impacted by the extension. The parties further agree that the requested extension is made in good faith, and will not cause any prejudice to them.

Respectfully submitted,

DATED: October 18, 2018   ALVERSON TAYLOR & SANDERS

By:  s/Trevor R. Waite
Kurt R. Bonds
Trevor R. Waite
Attorneys for Defendant
EDUCATIONAL CREDIT MANAGEMENT CORPORATION

DATED: October 18, 2018   LAW OFFICE OF BRIAN D. SHAPIRO, LLC

By:  s/Brian D. Shapiro
Brian D. Shapiro
Attorneys for Plaintiff
LEISA WHITTUM

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 19, 2018