| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | BRIAN D. SHAPIRO, ESQ.<br>Nevada Bar No. 5772<br>510 S. 8th Street<br>Las Vegas, Nevada  89101<br>(702) 702-386-8600<br>Brian@brianshapirolaw.com<br>*Attorneys for Plaintiff* |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEISA WHITTUM,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION, a Minnesota Non Profit Corporation, GC SERVICES, LP, a Delaware Limited Partnership, and DOES 1-20 inclusive,<br><br>　　　　　　Defendants. | CASE NO.:  2:18-cv-01495-JAD-DJA<br><br><br>**AMENDED STIPULATION AND ORDER TO EXTEND DATE TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)** |

This is the first amended stipulation for a request to extension of time to file an opposition/response to the Motion for Summary Judgment filed by Educational Management Corporation on July 26, 2019 (Dkt. 21).  The request is only for a one week extension.  This request is being made in part because Plaintiff's counsel, who is a sole practitioner, was served with the motion while he was on an extended family vacation and upon his return and viewing the motion he immediately requested a voluntary one week extension from the Defendant so he would have sufficient time to adequately respond to such motion and to consult with his client.

Accordingly, the remaining parties hereby stipulate that the Plaintiff shall have up to and including August 23, 2019 to file an opposition/response to the Motion for Summary Judgment filed by Educational Management Corporation on July 26, 2019 (Dkt. 21).[1]

Dated this 16th day of August, 2019.        Dated this 16th day of August, 2019.

LAW OFFICE OF BRIAN S. SHAPIRO, LLC         WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

/s/ Brian D. Shapiro, Esq.                  /s/ Trevor R. Waite, Esq.
BRIAN D. SHAPIRO                            TREVOR R. WAITE
Nevada Bar No. 5772                         Nevada Bar No. 13779
510 S. 8th Street                           KURT BONDS
Las Vegas, NV 89101                         Nevada Bar No. 6228
ATTORNEY FOR PLAINTIFF                      6605 Grand Montecito Parkway, Suite 200
                                            Las Vegas, NV 89149
                                            ATTORNEY FOR DEFENDANT ECMC

## ORDER

IT IS HEREBY ORDERED based on the Stipulation for extension to file an opposition/pleading to Educational Credit Management Corporation (Docket No. 21), is hereby extended up to and including August 23, 2019.

Dated: August 16, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted by:

/s/ Brian D. Shapiro

---

[1] The parties acknowledge that the Court denied the original request without prejudice because such request did not fully comply with LR IA 6-1. As such, this amended stipulation is being submitted.